UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs.

RYAN ROCHFORD

JUDGMENT IN A CRIMINAL CASE

Case Number: 7:08-CR-252 (GHL)

Eileen Walsh, Esq.
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

 XX  guilty  __ nolo contendere as to count 1 as superseded on the record and count 2.

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Driving While Ability Impaired by Alcohol, in violation of Title 18 United States Code, Section(s) 7 & 13, assimilating Section 1192.1 of the New York Vehicle and Traffic Law and Resisting Arrest, in violation of Title 18 United States Code, Sections 111(a)(1).

**DATE OFFENSE CONCLUDED: JANUARY 21, 2008**

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $500.00, and a special assessment of $5.00 in connection with Reduced Count 1 and a fine of $1000.00 and a special assessment of $25.00 in connection with Count 2. Total of the fine and special assessment amounts to $1530.00.  Installment payments are to be made to the Court with the final payment being made no later than February 12, 2009. Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261.  Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED THAT** counts 3 and 4 of the Information are dismissed on motion of the United States.

November 12,  2008
Date of Imposition of Sentence


November 21, 2008
DATE SIGNED

George H. Lowe
United States Magistrate Judge